SEYFARTH SHAW LLP
Joshua A. Rodine (SBN 237774)
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

SEYFARTH SHAW LLP
Kara D. Keister (SBN 250260)
kkeister@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendants
 ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC.
 and ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY CASTILLO, an individual, | Case No. |
| Plaintiff, | **DECLARATION OF KARA KEISTER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |
| v. | |
| ST. JUDE, MEDICAL CARDIOLOGY DIVISION, INC., a corporation; ABBOTT LABORATORIES, a corporation; and DOES 1 through 20, inclusive, | |
| | Complaint Filed: December 1, 2021 |
| Defendants. | |

I, Kara Keister, declare and state as follows:

1. I am attorney at Seyfarth Shaw LLP, attorneys of record for Abbott Laboratories and St. Jude Medical, Cardiology Division, Inc. ("Defendants"). I make this Declaration in support of Defendants' Notice of Removal. I have personal knowledge of the facts contained in this Declaration, and if called as a witness, I could and would testify as to their accuracy.

2. I am an attorney licensed to practiced law in the State of California and before this Court. All of the pleadings, correspondences, and other records in this matter are maintained in my office, in the ordinary course of business, under my direction and control. I have reviewed the pleadings and correspondences in preparing this Declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Summons and Complaint served by Plaintiff on Defendants. Attached hereto as Exhibit 2 is a true and correct copy of the Service of Process Transmittal, Civil Case Cover Sheet, and Notice of Case Assignment served with the Complaint. Attached hereto as Exhibit 3 is a copy of Defendants' Answer filed in the Superior Court of the State of California for the County of Alameda.

4. Exhibits 1, 2 and 3 constitute all of the pleadings served on Defendants and/or filed by Defendants in the state court action prior to filing this Notice of Removal. The only conference or hearings pending before the Alameda County Superior Court is the Case Management Conference set for March 23, 2022.

5. Defendants anticipate that the parties will propound written discovery, that depositions will be taken in this case, and that ultimately, Defendants will file a Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January, 2022, in Sacramento, California.

*/s/ Kara D. Keister*
Kara D. Keister