UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY CASTILLO,<br><br>        Plaintiffs,<br><br>v.<br><br>ST. JUDE MEDICAL, CARDIOLOGY DIVISION, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-00107-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/12/2022 at 3:00 PM *via Zoom webinar.*
Joint Case Management Statement due:  8/5/2022.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DESIGNATION OF EXPERTS: 1/28/2023; REBUTTAL: 3/11/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/14/2023;
    Opp. Due: 1/28/2023; Reply Due: 2/4/2023;
    and set for hearing no later than 2/18/2023 at 10:00 AM.

EXPERT DISCOVERY CUTOFF is: 4/1/2023.

PRETRIAL PAPERWORK due:  4/26/2023.
PRETRIAL CONFERENCE DATE: 5/10/2023 at 3:30 PM.

JURY TRIAL DATE: 5/23/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: April 14, 2022

_____
SUSAN ILLSTON
United States District Judge